UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLA GARCIA-MIJANGOS<br><br>Plaintiff,<br><br>v.<br><br>VOYA AND RELIASTAR LIFE INSURANCE CO.<br><br>Defendant. | Case No. CV 20-1693-AB (KKx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  June 1, 2021  _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE